UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

ELISA SUAREZ,
    a/k/a "Elisa Mendez",
    a/k/a "Elisa Suarez Mendez",
    a/k/a "Maria Elisa Mendez",
VICTOR VIERA, and
VERONICA SUAREZ,

              Defendants.

- - - - - - - - - - - - - - - - X

**ORDER**

07 Cr. 358

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Michael D. Maimin;

It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      May 8, 2007

_____
UNITED STATE MAGISTRATE JUDGE

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK