ORIGINAL

AUSA Michael D. Maimin
212-637-2238

CR 12 (Rev. 6/82)                    WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ELISA SUAREZ, a/k/a "Elisa Mendez", a/k/a "Elisa Suarez Mendez", a/k/a "Maria Elisa Mendez", VICTOR VIERA and VERONICA SUAREZ | DOCKET NO. **07 CRIM. 358**   MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>VERONICA SUAREZ |
| WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Theft of Government Funds; Conspiracy to Commit Offense or to Defraud the United States

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp, MAY 0 8 2007]*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTIONS<br>2, 371, 641 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*[signed] Ronald Ellis* | DATE ORDERED<br>4-27-07 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>5/2/07<br>DATE EXECUTED<br>5/8/07 | NAME AND TITLE OF ARRESTING OFFICER<br>MARTIN SULLIVAN<br>Special Agent | SIGNATURE OF ARRESTING OFFICER<br>*[signed]* |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.