UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

------------------------------------x

UNITED STATES OF AMERICA

**ORDER**

- v -

07 Cr. 00358 - 03 (RJH)

VERONICA SUAREZ

        Defendant.

------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge F. Maas, on February 21, 2008 ;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED

Dated: New York, New York
       March 05, 2008

_____
Richard J. Holwell
United States District Judge